1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY A. SCALES,                          No.  2:18-cv-0408 CKD P

12                      Plaintiff,

13          v.                                  ORDER

14   O. GRIFFIN,

15                      Defendant.

16

17          By order filed February 28, 2018, plaintiff was ordered to submit an application to

18   proceed in forma pauperis or pay the filing fee within thirty days.  (ECF No. 3.)  Plaintiff has now

19   submitted a request to postpone the proceedings in this case because of his mental health issues,

20   custody level, and inability to access the prison law library (ECF No. 5), which was shortly

21   followed by a motion to proceed in forma pauperis (ECF No. 6).  This request will be construed

22   as a motion for an extension of time to file his application to proceed in forma pauperis.

23   Although the application was received after the filing deadline, it appears that plaintiff submitted

24   it for mailing prior to the expiration of the deadline set by the court, making it timely.[1]  The

25   motion for an extension of time will therefore be denied as moot.  Plaintiff is advised that aside

26   from keeping the court up-to-date on his address, there is currently no action for plaintiff to take

27
     _____
28   [1]  Since plaintiff is a prisoner proceeding pro se, he is afforded the benefit of the prison mailbox
     rule.  Houston v. Lack, 487 U.S. 266, 276 (1988).

                                              1

in this case until his complaint is screened, which will occur in due course.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 5) is denied as moot.

Dated: April 5, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:scal0408.eot