UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. SCALES,<br><br>        Plaintiff,<br><br>   v.<br><br>O. GRIFFIN,<br><br>        Defendant. | No. 2:18-cv-0408 CKD P<br><br><br>ORDER |

By order filed March 13, 2019, the parties were given thirty days to file a notice informing the court as to whether they waived disqualification of the undersigned to hold the settlement conference in this case. (ECF No. 17 at 2-3.) Plaintiff was also to inform the court whether he wished to appear at the conference in person or by videoconference, if available. (Id.) Thirty days have now passed, and plaintiff has not returned the required notice. Plaintiff shall have one more opportunity to provide the required notice, and if he fails to do so, the settlement conference will be set before another magistrate judge and plaintiff will be ordered to appear at the settlement conference in person.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall return the attached notice informing the court whether he waives disqualification for the undersigned to hold the settlement conference, or whether he chooses to

////

1

have the settlement conference held by a different judge.  He shall also inform the court whether he would like to appear at the settlement conference in person or by videoconference, if available.

Dated:  April 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:scal0408.election

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. SCALES,<br><br>   Plaintiff,<br><br> v.<br><br>O. GRIFFIN,<br><br>   Defendant. | No. 2:18-cv-0408 CKD P<br><br>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE (POST-SCREENING ADR PROJECT) |

1. As required by court order, the parties notify the court of the following election:

  ____ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

    **OR**

  ____ The party signing below requests that a different judge hold the settlement conference.

  **AND**

2. Plaintiff indicates his preference by checking one:

_____ Plaintiff would like to participate in the settlement conference in person.

  **OR**

_____ Plaintiff would like to participate in the settlement conference by video conference, if available.

DATED:

                    _____
                    Plaintiff