# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. SCALES,<br><br>        Plaintiff,<br>  v.<br><br>O. GRIFFIN,<br><br>        Defendant.<br>_____/ | No. 2:18-cv-0408 CKD P<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

    Randy A. Scales, CDCR # T-71333, a necessary and material participant in a settlement conference in this case on July 10, 2019, is confined in Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, **by video conference** from his place of confinement, to the U.S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Wednesday, July 10, 2019, at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **by video conference**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Salinas Valley State Prison at (831) 678-5544.

    4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Pete Buzo, Courtroom Deputy, at (916) 930-4128.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, P.O. Box 1020, Soledad, California 93960:**

    **WE COMMAND** you to produce the inmate named above to participate in proceedings before Judge Barnes at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 17, 2019

                                                      /s/ Carolyn K. Delaney
                                                    CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE