UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. SCALES,<br><br>        Plaintiff,<br><br>    v.<br><br>O. GRIFFIN,<br><br>        Defendant. | No. 2:18-cv-0408 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On July 10, 2019, the undersigned held a settlement conference in the above titled action. During the settlement the parties reached an agreement. The terms of the agreement were put on the record. (ECF No. 25.) The parties were directed to file dispositional documents within thirty days. Plaintiff has now submitted a letter stating that he has not received the settlement payment. (ECF No. 28.) Accordingly, the court will direct the defendant to file a response indicating the status of the settlement payment.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, defendant shall file and serve a statement reflecting the status of the settlement payment, including all appropriate declarations and/or documents.

Dated: January 21, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/scal0408.settl.osc